```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USS CHARTERING LLC,                    :     08 Civ. 11391 (SHS)

                Plaintiff,          :

      -against-                         :     ORDER

VITOL, INC.,                           :

                Defendant.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that the next conference will take place on April 16, 2009, at 11:00 a.m.

Dated: New York, New York
       March 27, 2009

SO ORDERED:

Sidney H. Stein, U.S.D.J.